United States District Court
Northern District of New York

| | | |
|---|---|---|
| Thomas Welfel, | ) | Case 6:21-cv-00648-TJM-ML |
|    *Plaintiff*, | ) | |
| | ) | Thomas J. McAvoy |
| vs. | ) | Senior Judge |
| | ) | |
| Kilolo Kijakazi, | ) | Miroslav Lovric |
| Acting Commissioner of the Social | ) | U.S. Magistrate Judge |
| Security Administration | ) | |
|    *Defendant*. | ) | |

**Parties' Stipulation for Remand**

The parties stipulate that defendant's final decision be reversed and that this action be remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the ALJ to reevaluate the opinion evidence and reassess plaintiff's residual functional capacity; if necessary, obtain supplemental vocational expert testimony to further evaluate whether plaintiff can perform other work in the national economy through the date last insured; offer plaintiff the opportunity for a hearing; take further action to complete the administrative record; and issue a new decision.

The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Thomas Welfel, |
| By Her Attorneys | By His Attorney |

Carla B. Freedman,
United States Attorney

*/s/ Luis Pere*  
Luis Pere  
Special Assistant United States Attorney  
N.D.N.Y. Bar Roll No. 701031  
Social Security Administration, OGC  
J.F.K. Federal Building, Room 625  
Boston, MA 02203  
(617) 565-4277  
Luis.pere@ssa.gov  

*/s/ Peter W. Antonowicz* [1]  
Peter W. Antonowicz  
Office of Peter W. Antonowicz  
148 West Dominick Street  
Rome, NY 13440  
(315) 337-4008  
peter@disabilitya-z.com  

---

[1] Signed by Luis Pere with Mr. Antonowicz's permission.

**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Thomas Welfel, | ) | Case 6:21-cv-00648-TJM-ML |
| *Plaintiff*, | ) | |
| | ) | Thomas J. McAvoy |
| vs. | ) | Senior Judge |
| | ) | |
| Kilolo Kijakazi, | ) | Miroslav Lovric |
| Acting Commissioner of the Social | ) | U.S. Magistrate Judge |
| Security Administration | ) | |
| *Defendant*. | ) | |

## Order

This matter is before the Court on the parties' stipulation to remand of this case for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

It is hereby ORDERED that this case should be remanded for further administrative proceedings under 42 U.S.C. § 405(g).

Dated:  April 5, 2022

Thomas J. McAvoy
Senior Judge